IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-HC-2037-BO

| | | |
|---|---|---|
| RONALD J. VOREL, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRACY JOHNS, et al., | ) | |
| Respondents. | ) | |

Ronald J. Vorel ("petitioner"), a federal inmate, filed this habeas corpus petition pursuant to 28 U.S.C. § 2241. Petitioner challenged the medical care he received, or failed to receive, while federally incarcerated. Relief under 28 U.S.C. § 2241 was found to be inappropriate given Vorel challenged the conditions of his confinement, and the matter was dismissed without prejudice. See Preiser v. Rodriquez, 411 U.S. 475, 499 (1973).

Petitioner is presently before the court with a motion for certificate of appealability (D.E. # 9). The certificate of appealability is denied given it is not required for a federal inmate seeking relief under 28 U.S.C. § 2241. Sanders v. O'Brien, 376 Fed. App'x 306, 307 (4th Cir. 2010) (unpublished); Hunnicutt v. Hawk, 229 F.3d 997, 998 (10th Cir. 2000); Ojo v. Immigration and naturalization Service, 106 F.3d 680, 681-82 (5th Cir. 1997).

SO ORDERED, this the 19 day of April 2011.

TERRENCE W. BOYLE
United States District Judge